[No. 7730.    Decided April 8, 1909.]

HIRAM H. RUST *et al.*, *Respondents*, v. GEORGIANA McMANUS, *Appellant.*[1]

Appeal from a judgment of the superior court for King county, Morris, J., entered February 10, 1908.   Affirmed.

*A. C. McDonald*, for appellant.
*Walter S. Fulton*, for respondents.

PER CURIAM.—The facts in this case are identical with the facts in *Rust v. Kennedy*, No. 7719, *ante* p. 472, 100 Pac. 998, except that a different piece of land is involved.   For the reasons there stated, the judgment in this case must be affirmed.

[1]Reported in 100 Pac. 999.